Keely E. Duke
ISB #6044; ked@hallfarley.com
Bryan A. Nickels
ISB #6432; ban@hallfarley.com
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Facsimile: (208) 395-8585
W:\3\3-472.13\Removal--Notice of Removal--Federal.doc

Attorneys for Defendant Property & Casualty Insurance Company of Hartford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHERYL L. RICE,<br><br>               Plaintiff,<br><br>vs.<br><br>THE HARTFORD PROPERTY AND<br>CASUALTY INSURANCE,<br><br>               Defendant. | Case No.<br><br>**NOTICE OF REMOVAL AND<br>REMOVAL ACTION UNDER 28<br>U.S.C. § 1441(B) (DIVERSITY) OF<br>DEFENDANT THE HARTFORD<br>PROPERTY AND CASUALTY<br>INSURANCE** |

**TO THE CLERK OF THE COURT:**

Defendant, The Hartford Property and Casualty Insurance (hereinafter "Hartford"), by and

through it counsel of record, Hall, Farley, Oberrecht & Blanton, P.A., submits this Notice of

Removal of *Cheryl L. Rice v. The Hartford Property and Casualty Insurance*, filed in the District

Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce,

Case No. CV09-02206, on the grounds that this Court has original jurisdiction under 18 U.S.C.

**NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B)
(DIVERSITY) OF DEFENDANT THE HARTFORD PROPERTY AND CASUALTY
INSURANCE - 1**

§§ 1332 and 1441 *et seq.* Diversity of citizenship exists between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00.

Nez Perce County, Idaho is located within the District of Idaho. Thus, venue is proper pursuant to 28 U.S.C. § 89(c) because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

1. On October 20, 2009, Plaintiff filed her Complaint in state court, a copy of which (with related Summons) is attached hereto as Exhibit A. On October 23, 2009, Plaintiff served Defendant with a Summons and a copy of the Complaint via the Idaho Department of Insurance, as reflected in the acknowledgement correspondence from the Idaho Department of Insurance attached hereto as Exhibit B.

2. Plaintiff's Complaint alleges breach of contract against defendant based upon a claim made for homeowners coverage against an insurance policy issued by defendant. *See* Exhibit A.

3. With respect to the amount in controversy, Plaintiff's Complaint seeks damages alleged to be due under such policy issued by defendant. *See* Exhibit A. Although plaintiff alleges that her damages do not exceed $75,000, plaintiff's Complaint also asserts a request for punitive damages, which under Idaho law may go as high as the greater of three times the amount of compensatory damages or $250,000. *Id.* at ¶¶XI and XIII; Idaho Code §6-1604(3). Moreover, plaintiff's Complaint does not state an anticipated value of attorneys fees and costs, although claiming attorneys fees pursuant to Idaho Code §41-1839. *Id.* at ¶XIII.

4. With respect to diversity of citizenship, Plaintiff is and was, at the time this action was commenced, alleged to be a resident of Culdesac, Idaho. *See* Exhibit A. Defendant (whose correct name is "Property and Casualty Insurance Company of Hartford") is, and was at the time

Plaintiff commenced this action, a corporation organized under the laws of the State of Indiana with its principle place of business in Connecticut, and thus, a foreign insurer authorized to conduct business in the state of Idaho. Thus, complete diversity exists.

5. Removal is timely under 28 U.S.C. § 1446(b) as it is filed within 30 days of service of the Summons and Complaint on the Idaho Department of Insurance, defendant's agent for service of process, which was served on October 23, 2009. *See* Exhibit B.

6. Concurrent with the filing of this Notice of Removal, written notice of the filing of this Notice is being served upon Plaintiffs, and is being filed with the Clerk of Court of the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce, a copy of which (without attachments) is attached hereto as Exhibit C. A copy of the state Register of Actions, as retrieved from the on-line Idaho Supreme Court Data Repository on November 19, 2009, is attached hereto as Exhibit D.

7. By removing this action to this Court, Defendant does not waive any defenses, objections or motions available to it under state or federal law. Hartford expressly reserves the right to move for dismissal of Plaintiffs' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

DATED this 19ᵗʰ day of November, 2009.

> HALL, FARLEY, OBERRECHT
> & BLANTON, P.A.
>
> By _____
> Keely E. Duke - Of the Firm
> Bryan A. Nickels - Of the Firm
> Attorneys for Defendant Property & Casualty
> Insurance Company of Hartford

**NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) OF DEFENDANT THE HARTFORD PROPERTY AND CASUALTY INSURANCE - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___19th___ day of November, 2009, I caused to be served a true copy of the foregoing document, by the method indicated below, and addressed to each of the following:

Darrel W. Aherin
AHERIN, RICE & ANEGON
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID  83501-0698
**Fax: 208/746-3650**

☒ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☒ Telecopy

_____
Bryan A. Nickels

NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) OF DEFENDANT THE HARTFORD PROPERTY AND CASUALTY INSURANCE - 4

# EXHIBIT A

FILED

2009 OCT 20 PM 4 31

PATTY O. WEEKS
CLERK OF THE DIST. COURT

DEPUTY SUTTEY

AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

CHERYL L. RICE,

                  Plaintiff,

    v.

THE HARTFORD PROPERTY AND
CASUALTY INSURANCE,

                Defendant.

NO.     CV09-02206

COMPLAINT

Fee Category:  A(1)
Fee:  $88.00

Breach of Contract

COME NOW the above named plaintiff by and through her attorney, Darrel W. Aherin of Aherin, Rice & Anegon, and for a cause of action against the defendant alleges and complains as follows:

I.

The plaintiff was at all times material herein, a resident of Culdesac, County of Nez Perce, State of Idaho.

II.

At all times material herein, Cheryl L. Rice was an insured of The Hartford Property and Casualty Insurance under Policy Number 55 RBC730603, in particular, Cheryl L. Rice was insured under a Homeowners insurance policy for property in Culdesac, Idaho.

COMPLAINT – 1
N:\Rice, Cheryl L\Pleadings\COMPLAINT .docx -dcg

Case Assigned to:
JEFF M. BRUDIE

Aherin, Rice & Anegon
Attorneys at Law

III.

On June 9 thru 10 of 2008, plaintiff, Cheryl L. Rice's home was damaged by a severe wind and rainstorm. She contacted the defendant, The Hartford Property and Casualty Insurance regarding the damage June 10, 2008, and was told to not begin repairs until the claim was processed.

IV.

On June 23, 2008, a representative from Intermountain Claims inspected the home of the plaintiff and sent a report to the defendant stating the majority of the damage was due to poor installation and normal wear and tear. July 28, 2008, the defendant notified the plaintiff that the damage to her home was not due to the severe wind and rainstorm and issued only $675.89 to repair her home.

V.

On September 8, 2006, the Nez Perce County Assessor rated the plaintiff's home as a Class 5 excellent rating for the 2007-2008 taxes with "under construction, new siding, and new flooring." The plaintiff's home was severely damaged as a direct and proximate result of the wind and rainstorm, not due to normal wear and tear. Due to the length of time the plaintiff has had to wait to repair her home, she has incurred additional housing repair costs.

VI.

On December 30, 2008, by the request of the plaintiff, the representative from Intermountain Claims came to the property again regarding the damage. During this visit, the representative found mold in the home and included this in his report along with damage to lawn furniture of the plaintiff.

VII.

The plaintiff's insurance carrier, The Hartford Property and Casualty Insurance paid $5,000 for mold damage and $239.00 for damage to lawn equipment on March 12, 2009. The defendant has not responded to the plaintiff's Proof of Loss submitted on July 22, 2009, as to the repair costs to the plaintiff's home.

VIII.

The defendant, The Hartford Property and Casualty Insurance, breached their contract of insurance by not completing the claim in an appropriate amount of time thus causing further damage to the plaintiff's home.

IX.

Plaintiff's damages exceed $5,914.89 that has been paid to her by the defendant for the damages to her home.

X.

Plaintiff has been damaged by defendant, The Hartford Property and Casualty Insurance's breach of contract.

XI.

If the defendant's conduct was an extreme deviation from reasonable standards, the plaintiff will seek an order to amend her Complaint and seek punitive damages.

XII.

Plaintiff's damages exceed the amount of $10,000. Plaintiff's damages do not exceed $75,000.

XIII.

The plaintiff has hired an attorney, namely Darrel W. Aherin of Aherin, Rice & Anegon, to prosecute this matter. The plaintiff is entitled to attorney fees pursuant to I.C. 41-1839.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

FIRST:      For all contract damages allowable in an amount to be proven at trial;

SECOND:     For interest on the contract damages allowable in an amount to be proven at trial;

THIRD:      For all damages sustained by plaintiff because of defendant's improper handling of her claim;

FOURTH:     For an order permitting plaintiff to amend her Complaint to include a claim for punitive damages;

FIFTH:      For attorney fees pursuant to I.C. 41-1839;

SIXTH:      For costs expended in bringing this action; and

COMPLAINT – 3
N:\Rice, Cheryl L\Pleadings\COMPLAINT .docx -dcg

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho

SEVENTH:   For such other further relief as the Court may deem just and equitable in the premises.

DATED this _20th_ day of October, 2009.

AHERIN, RICE & ANEGON

By _Darrel W. Aherin_

Darrel W. Aherin
Attorney for Plaintiff

FILED

2009 OCT 20 PM 4 30

PATTY O. WEEKS
CLERK OF THE DIST. COURT

KATHY SUTTEY
DEPUTY

AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| CHERYL L. RICE,<br><br>                    Plaintiff,<br><br>v.<br><br>THE HARTFORD PROPERTY AND<br>CASUALTY INSURANCE,<br><br>                    Defendant. | NO.<br><br>**CV09-02206**<br><br>SUMMONS (20 DAYS) |

NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS.
THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT
FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS.
READ THE INFORMATION BELOW.

TO:       THE HARTFORD PROPERTY AND CASUALTY INSURANCE

You are hereby notified that in order to defend this lawsuit, an appropriate written
response must be filed with the above designated court within 20 days after service of this
Summons to you. If you fail to so respond, the court may enter judgment against you as
demanded by the plaintiff in the Complaint.

SUMMONS (20 DAYS) — 1
N:\Rice, Cheryl L\Pleadings\Summons.docx —dcg

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho

A copy of the Complaint is served with the Summons. If you wish to seek advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you claim.

3. Your signature, mailing address, and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 20th day of October, 2009.

CLERK OF THE DISTRICT COURT

By _____**KATHY SUTTEY**_____
       Deputy

SUMMONS (20 DAYS) – 2
N:\Rice, Cheryl L\Pleadings\Summons.docx --dcg

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho

EXHIBIT B

State of Idaho
## *DEPARTMENT OF INSURANCE*

**C.L. "BUTCH" OTTER**
*Governor*

*700 West State Street, 3rd Floor*
*P.O. Box 83720*
*Boise, Idaho 83720-0043*
*Phone (208) 334-4250    Fax (208) 334-4298*
*http://www.doi.idaho.gov*

**WILLIAM W. DEAL**
*Director*

**To:**   PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD
% CORPORATION SERVICE COMPANY
1401 SHORELINE DRIVE, SUITE 2
BOISE ID 83702

**CC:**   Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 10/27/2009

**Re:**   NOTICE OF SUMMONS AND COMPLAINT OF THE SECOND JUDICIAL
DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ
PERCE CASE NO. CV 09-02206.

### RICE v PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS
AND COMPLAINT, in connection with the above-entitled action, was made upon you by US
MAIL on the TWENTY THIRD day of OCTOBER, 2009, by delivering in Boise, Idaho, on the
said date to the Director of the Department of Insurance, State of Idaho, who is the duly and
regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as
provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office
at Boise, Idaho, this TWENTY SEVENTH day of OCTOBER, 2009.

*[signature]* /TJ
William W. Deal
DIRECTOR
Department of Insurance
State of Idaho

Cert No. 7007 0710 0002 7978 6096

# EXHIBIT C

Keely E. Duke
ISB #6044; ked@hallfarley.com
Bryan A. Nickels
ISB #6432; ban@hallfarley.com
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho  83701
Telephone:  (208) 395-8500
Facsimile:  (208) 395-8585
W:\3\3-472.13\Removal--Notice of Filing--State Court.doc

Attorneys for Defendant Property & Casualty Insurance Company of Hartford

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| CHERYL L. RICE, <br><br>             Plaintiff, <br><br> vs. <br><br> THE HARTFORD PROPERTY AND CASUALTY INSURANCE, <br><br>             Defendant. | Case No.     CV09-02206 <br><br> **NOTICE BY DEFENDANT HARTFORD OF FILING NOTICE OF REMOVAL AND REMOVAL TO FEDERAL COURT** |

PLEASE TAKE NOTICE that The Hartford Property and Casualty Insurance removed the above-entitled action to the United States District Court for the District of Idaho on November 19, 2009.

A true and correct copy of the Notice of Removal and Removal Action is attached to this Notice as Exhibit A.

**NOTICE BY DEFENDANT HARTFORD OF FILING NOTICE OF REMOVAL AND REMOVAL TO FEDERAL COURT - 1**

DATED this 19th day of November, 2009.

HALL, FARLEY, OBERRECHT
& BLANTON, P.A.

By_____
Keely E. Duke – Of the Firm
Bryan A. Nickels – Of the Firm
Attorneys for Defendant Property & Casualty
Insurance Company of Hartford

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2009, I caused to be served a true copy of the foregoing document, by the method indicated below, and addressed to each of the following:

Darrel W. Aherin
AHERIN, RICE & ANEGON
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
**Fax: 208/746-3650**

☒ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☒ Telecopy

_____
Bryan A. Nickels

**NOTICE BY DEFENDANT HARTFORD OF FILING NOTICE OF REMOVAL AND REMOVAL TO FEDERAL COURT - 2**

EXHIBIT D

## Case Number Result Page

**Nez Perce**

**1 Cases Found.**

| | | | | |
|---|---|---|---|---|
| Case: | **CV-2009-0002206** | Cheryl L Rice vs. The Hartford Property and Casualty Insurance | | |
| | | **District** Filed: **10/20/2009** Subtype: **Other Claims** | Judge: **Jeff M. Brudie** | Status: **Pending** |
| | Defendants: | **The Hartford Property and Casualty Insurance** | | |
| | Plaintiffs: | **Rice, Cheryl L** | | |

| Register Date of actions: | |
|---|---|
| 10/20/2009 | New Case Filed-Other Claims |
| 10/20/2009 | Plaintiff: Rice, Cheryl L Attorney Retained Darrel W Aherin |
| 10/20/2009 | Filing: A - All initial civil case filings of any type not listed in categories B-H, or the other A listings below Paid by: Aherin, Darrel W (attorney for Rice, Cheryl L) Receipt number: 0344191 Dated: 10/22/2009 Amount: $88.00 (Check) For: Rice, Cheryl L (plaintiff) |
| 10/20/2009 | Complaint Filed |
| 10/20/2009 | Summons Filed |
| 11/03/2009 | Affidavit Of Service--Served William W. Deal, Director, Department of Insurance State of Idaho: 10-27-09 |

*Connection: Public*